# Third District Court of Appeal

## State of Florida

Opinion filed August 29, 2018.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D18-1606
Lower Tribunal No. 98-3144B & 98-5013

_____

**Derrick Tyrone Grantley,**
Petitioner,

vs.

**The State of Florida,**
Respondent.

A Case of Original Jurisdiction – Mandamus.

Derrick Tyrone Grantley, in proper person.

Pamela Jo Bondi, Attorney General, for respondent.

Before SUAREZ, SALTER, and SCALES, JJ.

SUAREZ, J.

We grant Derrick Tyrone Grantley's petition for writ of mandamus to compel the trial court to issue a written order on defendant's motion to dismiss appointed counsel filed May 9, 2018 in case numbers F98-3144B and F98-5013.

As we are hopeful that the lower court will comply forthwith with the issuance of the requested order, we withhold issuance of the formal writ for thirty (30) days.